IVETTE AMELBURU MANINGO, ESQ
Nevada Bar Number 7076
THE LAW OFFICES OF IVETTE AMELBURU MANINGO
400 S. 4th St. Suite 500
Las Vegas, Nevada 89101
Phone: (702) 793-4046
Fax: (844) 793-4046
Email: iamaningo@iamlawnv.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIR DE JESUS LEON-LEMON,<br><br>Defendant. | Case No. 2:21-cr-00003-APG-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Ivette Amelburu Maningo, counsel for Jair De Jesus Leon-Lemon, that the Sentencing hearing currently scheduled for the 16th day of March 2022, be vacated and set to a date and time convenient to this Court, but no later than thirty (30) days, as counsel for Defendant is scheduled to start a State Capital trial on April 11, 2022.

The Stipulation is entered into for the following reasons:

1. The parties need additional time to coordinate a meeting with Defendant, Defendant's counsel, a certified interpreter, and Government counsel for the purposes of a safety valve proffer.

2. The Defendant is incarcerated and does not object to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. The parties agree to the continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation between the parties for the purposes of continuing the sentencing hearing.

DATED this 9th day of March 2022.

        The Law Offices of
        Ivette Amelburu Maningo

        By: */s/ Ivette Amelburu Maningo*
        Ivette Amelburu Maningo
        Attorney for Defendant
        JAIR DE JESUS LEON-LEMON

        By */s/ Allison Reese*
        ALLISON REESE
        Assistant United States Attorney
        Attorneys for Plaintiff
        UNITED STATE OF AMERICA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIR DE JESUS LEON-LEMON,<br><br>Defendant. | Case No. 2:21-cr-00003-APG-EJY<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to coordinate a meeting with Defendant, Defendant's counsel, a certified interpreter, and Government counsel for the purposes of a safety valve proffer.

2. The Defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to coordinate a meeting related to Defendant's eligibility for a safety valve reduction at sentencing

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be

able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

### ORDER

IT IS ORDERED that the Sentencing Hearing currently scheduled for the 16th day of March 2022, at the hour of 3:30 p.m., be vacated and continued to April 25, 2022, at the hour of 1:30 p.m. in Courtroom 6C.

DATED: March 11, 2022

HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE